THOMAS HUTCH FORREST, JR., Appellant, v BERLIN CENTRAL SCHOOL DISTRICT, Respondent.

Submitted October 10, 2006; decided November 21, 2006

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

In the Matter of RANDOLPH HINTON, Appellant, v JEANINE PIRRO, Respondent.

Submitted September 11, 2006; decided November 21, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

DAVID M. LEDY et al., Appellants, v JONATHAN MOLIN et al., Respondents, et al., Defendants.

Submitted September 25, 2006; decided November 21, 2006

Motion, insofar as it seeks leave to appeal from the February 2005 Appellate Division order, dismissed upon the ground that it does not lie, appellants previously having moved for leave to appeal to the Court of Appeals from the Appellate Division order from which leave to appeal is currently sought (5 NY3d 746 [2005]); motion, insofar as it seeks leave to appeal from the August 2006 Supreme Court order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution and thus does not constitute a final judgment within the meaning of CPLR 5602 (a) (1) (ii).